**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6512**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

        v.

TAWFEEQ HAMEED ABDULLAH MOHAMMED,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:10-cr-00385-RDA-1)

_____

Submitted:  August 22, 2024                    Decided:  August 27, 2024

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tawfeeq Hameed Abdullah Mohammed, Appellant Pro Se. Seth Michael Schlessinger, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tawfeeq Hameed Abdullah Mohammed appeals the district court's order denying his second motion to terminate his supervised release pursuant to 18 U.S.C. § 3583(e)(1). We have reviewed the record and discern no abuse of discretion. *See United States v. Pregent*, 190 F.3d 279, 282 (4th Cir. 1999) (reviewing denial of § 3583(e)(1) motion for abuse of discretion). Accordingly, we affirm the district court's order. We also deny Mohammed's motions for the appointment of counsel and for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*